JOSEPH BELLE, Appellant, v. PRINTERS MACHINERY MAINTENANCE, INC.,
et al., Respondents, et al., Defendants.—

Hopkins, Acting P. J., Shapiro, Christ, Brennan and Benjamin, JJ.,
concur.

HENRY C. CLARK, Respondent, v. KENNETH J. SMITH, as Executor of
ARCHIBALD B. SMITH, Deceased, et al., Appellants.—

Rabin,
P. J., Hopkins, Munder, Martuscello and Latham, JJ., concur.